**Exhibit A to the Complaint**

**Location:** Jersey City, NJ
**Total Works Infringed:** 26

**IP Address:** 100.8.209.150
**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 1 | Info Hash:<br>8A8D7B37760B15845E05575F26C1CC675CD1BA8F<br>File Hash:<br>ADEB6208683C85B692E515CB9E8590596E076DB19B3F8362B00F5EAD5AB86002 | 04-18-2021<br>10:47:00 | Tushy | 01-31-2020 | 03-15-2020 | PA0002240443 |
| 2 | Info Hash:<br>C6520DA67348FCF688DB38741CB288B7A76ADB05<br>File Hash:<br>41CCEE97E4FF595FC5E5795C99144C4DC34E96328A35A68D5F403BF219A838B7 | 04-18-2021<br>08:49:38 | Tushy | 12-07-2019 | 12-17-2019 | PA0002217666 |
| 3 | Info Hash:<br>FF5C5EF547F4464B995B70C2CD7EE97D4C3B15D1<br>File Hash:<br>5980C663E2D308A5CD555BB5A3CE4F29DCFEB9E085486B3DCEC32A749C4028CA | 04-11-2021<br>19:22:35 | Blacked | 03-31-2018 | 04-12-2018 | PA0002091516 |
| 4 | Info Hash:<br>A2386CF3BF6883461718DDF04E3D5D7D2FB82935<br>File Hash:<br>7EDAF297CDFAE5A081EC7C300FF7BB6490385130AE72866F316445AF380FF59D | 04-11-2021<br>08:02:49 | Blacked Raw | 12-03-2017 | 01-04-2018 | PA0002097460 |
| 5 | Info Hash:<br>4603983B3D84586DD6C69DE504A3327C0224A621<br>File Hash:<br>16E364CBE4F64E63805D9D2F8BA420B54A8CFA5F32E0C04FDC79EB8B5C133B26 | 04-11-2021<br>01:28:44 | Blacked | 04-20-2019 | 05-28-2019 | PA0002200782 |
| 6 | Info Hash:<br>205D3A9661157A480B0F42DA64F0505A35F0A479<br>File Hash:<br>86DA3C4E150C892D2E27331090C9F83BEDD90B836C4BA4C2A1A16E168BFEA92F | 03-14-2021<br>05:57:12 | Blacked | 02-27-2021 | 03-08-2021 | PA0002280373 |
| 7 | Info Hash:<br>F083494A7EF6DCB0F1C1CCB2E3B439D46B8E121D<br>File Hash:<br>6D8F28B6897356FB8F127C57432BCB0094117CA11BB5EABDA1879D9FEDDCA303 | 02-21-2021<br>12:21:34 | Blacked Raw | 12-07-2020 | 12-28-2020 | PA0002269082 |
| 8 | Info Hash:<br>461F333739CEE3EFF6934B8B5A09120D63D71612<br>File Hash:<br>B220A0FF1CCB1FC69932EB8B30C16C73139584B5776DA4FFAB5C934AE06AC49B | 02-21-2021<br>11:51:02 | Vixen | 01-01-2021 | 02-02-2021 | PA0002281154 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash:<br>19816DD7F8D6650A9DF46433A617858034440FC8<br>File Hash:<br>E1AAAC64CF57691DC520C1191297E95EF1C1A8CB1F21C0C1C938013F2272C71A | 01-27-2021<br>12:56:29 | Blacked | 08-08-2020 | 08-31-2020 | PA0002265640 |
| 10 | Info Hash:<br>5B5E983178BC0951EF6703D24DBDAFB3EDBCE776<br>File Hash:<br>47F2612FA1E03F293976B9EDBBABAD738AA5A57314FF0AEBDD739B76DD57576F | 11-30-2020<br>07:10:03 | Blacked | 08-08-2019 | 09-17-2019 | PA0002216217 |
| 11 | Info Hash:<br>A2D740288651347913A615BF0F7B1C5D880A35D5<br>File Hash:<br>13D2606463107A88FA313A692EF4ED2FA3B64FFE2B03CEC1C8931C4A118B922D | 11-30-2020<br>03:10:05 | Blacked | 06-04-2019 | 07-17-2019 | PA0002188309 |
| 12 | Info Hash:<br>DF5AB30C3DCA2D1F7407D18CEF82EC233CFFAE23<br>File Hash:<br>D221159F2ACCBF8C57638361E142A73720FE31BD17F4746F28FA595A6F81D55A | 11-30-2020<br>03:08:14 | Blacked Raw | 04-27-2020 | 05-19-2020 | PA0002241476 |
| 13 | Info Hash:<br>5DD19451DDB20A4469B8D1B7CD62E195B031E53B<br>File Hash:<br>ED7420CB527C520E61AEF0818FD6360D6C42A634B50FF4E7AFBA49A5C8496D91 | 11-30-2020<br>03:07:55 | Tushy | 11-22-2019 | 12-03-2019 | PA0002232052 |
| 14 | Info Hash:<br>443E8983846661227A0B22FC67E717831E73C557<br>File Hash:<br>F69BE4CD2DC035B8519D449C6D27200B06249E05B273DD8AA05C6A9A203E063A | 10-23-2020<br>18:21:19 | Blacked Raw | 09-07-2020 | 09-29-2020 | PA0002258685 |
| 15 | Info Hash:<br>519B912FC07154CEE0B5E2B8F3F3497D4536F516<br>File Hash:<br>F3C5F0F912A2629A60A82F46C86E0CD2953543B7EBD73649332D4082672C9731 | 10-23-2020<br>18:20:40 | Blacked Raw | 09-28-2020 | 10-22-2020 | PA0002261800 |
| 16 | Info Hash:<br>C245FAB3384CCDEE471EE6BF59668CD8949DAB46<br>File Hash:<br>A32664A0B9E3788EF4047E6FDF1DDA9A6E0FAC8F7B8CFA7F9225DB7B5BBD834F | 10-23-2020<br>18:12:36 | Blacked Raw | 09-21-2020 | 09-29-2020 | PA0002258687 |
| 17 | Info Hash:<br>F819E9FAF6FA9E35BD7483238D40A9B0BCAF938C<br>File Hash:<br>20684FFA37B8B563623CE808629D6DD246B6480568E04AC11AE059E884F51EDA | 10-23-2020<br>18:08:46 | Blacked Raw | 09-14-2020 | 09-29-2020 | PA0002258688 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash:<br>206E513908AF5AE8D757D4D0B797F7223E75A3C3<br>File Hash:<br>5C7DB6F419629161D391E26C56EE2174F65BC854D45FA44B09FA0D569EBDE710 | 10-23-2020<br>18:08:42 | Blacked Raw | 10-05-2020 | 10-22-2020 | PA0002261806 |
| 19 | Info Hash:<br>8A705E0A2620A2D76770FFA5C03AB5CFB80B90DC<br>File Hash:<br>D9D80A46E30C75292B548B9FB7B079B0CDA718926F48544AA4B707B427DEAD71 | 10-23-2020<br>18:06:33 | Blacked Raw | 10-12-2020 | 10-22-2020 | PA0002261809 |
| 20 | Info Hash:<br>E6D50AAE69A4485E7C9EBDF39A8B2651D4498D95<br>File Hash:<br>9CD11C3E531C2D0649D76701C70B9D06D35FAFBFF3A251A8B790FCC71A7E4AA0 | 10-23-2020<br>18:06:22 | Blacked Raw | 10-19-2020 | 11-05-2020 | PA0002263389 |
| 21 | Info Hash:<br>88A9DB8D685A93E4F11C86F7707F8DC521EDF41B<br>File Hash:<br>351E058FEB8427BA8B8E096A42CC878AFBE885C9F3B1EACE251DD7FD7BDAB698 | 09-21-2020<br>21:34:09 | Blacked | 09-19-2020 | 09-29-2020 | PA0002258681 |
| 22 | Info Hash:<br>319807E58A45EC1A855D0343ED12AF605283700A<br>File Hash:<br>BC3E4650BC49528787A262141DCFD2D1D4EE7BB8CB5ABFFD2410968D0F0294EF | 09-21-2020<br>20:52:54 | Tushy | 09-20-2020 | 09-29-2020 | PA0002258683 |
| 23 | Info Hash:<br>7029C7577EF8E1741CFBFC4FEC6F872AD98C26C2<br>File Hash:<br>EF361F2C822CBD9481183D1B62C8522BB322C62F2E43767A9E0F4D54586F65D1 | 09-06-2020<br>18:17:49 | Blacked | 09-05-2020 | 09-29-2020 | PA0002258686 |
| 24 | Info Hash:<br>E0F3D26D0FF6423580E8A4442C01C6D08B6D0CB3<br>File Hash:<br>E2D262EA08DD8312B70869775BAAC8C5A2C74D4060781ED78CC5230E69221FE3 | 06-24-2020<br>06:40:25 | Blacked Raw | 06-22-2020 | 07-16-2020 | PA0002248579 |
| 25 | Info Hash:<br>5DA0407C72C391C9189B10382280FFF05749CC28<br>File Hash:<br>BACE2697BBC44EF9A88D6BBA47CF79AFB0613A6ADFEE13655871F93F89776A23 | 06-18-2020<br>08:23:04 | Tushy | 05-31-2020 | 06-16-2020 | PA0002253261 |
| 26 | Info Hash:<br>86ECA09D5487A17F29DB4779B692B1BAB06970CB<br>File Hash:<br>BA2C5FACE994DBDF35DDA0CC108D651333BD026814F49A3F5E6F484D6D3462B0 | 06-18-2020<br>07:54:38 | Blacked Raw | 06-01-2020 | 06-25-2020 | PA0002255508 |